

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00703-CR

Aaron T. **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12559
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED. We order the trial court's judgment modified to delete the imposition of attorney's fees.

SIGNED October 15, 2014.

Marialyn Barnard, Justice